AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Brown, Joe B. | **2. Court or Organization** <br><br> Middle District TN | **3. Date of Report** <br><br> 5/14/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Magistrate Judge (Recall Full) | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> **5b.** ☑ Amended Report | **6. Reporting Period** <br><br> 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ **NONE** (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee Assets listed Part VII line 119 | C S Trust, Under Will |
| 2. | Co-Trustee Assets listed Part VII line 118 | Y P Trust. Trust for Family Cemetary |
| 3. | Lecturer in Criminal Law | Nashville School of Law |
| 4. | Adjunct Professor of Law | Vanderbilt University School of Law |
| 5. | Custodian Assets listed Part VII line 81 | Uniform Gift to Minors, |
| 6. | Costodian " | Education Trust |
| 7. | Custodian " | Education Trust |
| 8. | Custodian " | Education Trust |
| 9. | Custodian " | Education Trust |
| 10. | Custodian " | Education Trust |
| 11. | Custodial " | Education Trust |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/22/89 | Nashville School of Law, Agreement to teach a Course on Federal Criminal Law as scheduled. |
| 2. 4/5/06 | Vanderbilt University School of Law, Agreement to teach course on Pretrial Litigation |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Income from Flight and Scuba Instruction | $0 |
| 2. 2011 | Teaching Position Nashville School of Law | $6,522.00 |
| 3. 2011 | Teaching Posituion Vanderbilt School of Law | $5,000.00 |
| 4. 2011 | Tobacco buy out Settletment fund UDSA | $2,181.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Law and Economics Center | October 30-Nov 1 2011 | Arlington, VA | Economic Theory Seminar | Rimbursment for travel, lodging and meals. |
| 2. | George Mason University Law and Economics Center | Nov 13-15, 1 2011 | Arlington, VA | Economic Theory Seminar | Rimbursment for travel, lodging and meals. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Adobe Systems (ADBE) | A | Dividend | | | Buy | 3/2/10 | J | | See Part VIII re 2010 |
| 2. | | | | | Sold | 6/8/11 | J | | All sold at loss |
| 3. Alerian MLP ETF (AMLP) | | None | | | Buy | 11/23/11 | K | | |
| 4. | | | | | Sold | 12/30/11 | K | A | All sold |
| 5. Alexion Pharmaceuticals (ALXN) | | None | | | Buy | 1/11/11 | K | | |
| 6. | | | | | Sold | 4/25/11 | K | C | All sold |
| 7. American Express Stock (AXP) | A | Dividend | K | T | | | | | |
| 8. Apollo Investment (AINV) | A | Dividend | | | Buy | 3/10/11 | J | | |
| 9. | | | | | Sold | 12/30/11 | J | | All sold at loss |
| 10. Apple (AAPL) | | None | J | T | Sold (part) | 12/30/11 | J | A | IRA Sold |
| 11. AT&T (T) | A | Dividend | | | Sold | 8/5/11 | K | B | All sold |
| 12. AT&T (T) | A | Dividend | J | T | Buy | 9/22/11 | K | | |
| 13. | | | | | Sold (part) | 12/30/11 | J | A | IRA sold |
| 14. Berkshire Hathaway (BRKZB) | | None | K | T | | | | | |
| 15. Blackrock Util and Telecom (MDGUX) | A | Dividend | J | T | | | | | |
| 16. Canadian National Railway (CNI) | A | Dividend | J | T | Buy | 5/20/11 | J | | |
| 17. | | | | | Sold (part) | 12/30/11 | J | A | IRA Part sold |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Gr & Iinc Fund (CWGIX) | B | Dividend | K | T | | | | | |
| 19. Car Max Stock (KMX) | | None | J | T | | | | | |
| 20. Caterpiliter (CAT) | A | Dividend | K | T | Buy | 7/12/11 | J | | |
| 21. | | | J | T | Buy (add'l) | 7/28/11 | J | | |
| 22. | | | | | Sold (part) | 12/30/11 | J | | IRA sold at loss |
| 23. Cisco Sys Inc (CSCO) | | None | J | T | | | | | |
| 24. Cracker Barrel (CBRL) | A | Dividend | | | Sold | 1/24/11 | K | B | All sold |
| 25. Fedix (FDX) | A | Dividend | J | T | Buy | 5/9/11 | K | | |
| 26. | | | | | Sold (part) | 12/30/11 | J | A | IRA sold |
| 27. First Trust DJ FD (FDN) | A | Dividend | | | Sold | 6/6/11 | J | C | All sold |
| 28. First Trust Consumer ETF (FXD) | A | Dividend | | | Sold | 8/3/11 | J | B | All sold |
| 29. First Trust DJ Internet Index (FDN) | A | Dividend | | | Buy | 1/11/11 | K | | |
| 30. | | | | | Sold | 6/6/11 | K | | All sold loss |
| 31. First Trust ISE-Revere Gas (FCG) | A | Dividend | | | Sold | 3/10/11 | J | B | All sold |
| 32. First Trust ISE China (FNI) | | None | | | Sold | 5/04/11 | J | A | All sold |
| 33. First Trust ISE Global Copper (CU) | A | Dividend | | | Buy | 3/23/11 | J | | |
| 34. | | | | | Sold | 4/13/11 | J | A | All sold |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust ISE Global Copper (CU) | A | Dividend | | | Buy | 4/18/11 | J | | |
| 36. | | | | | Sold | 12/29/11 | J | | All sold at loss |
| 37. First trust Material ETF (FXZ) | A | Dividend | | | Sold | 6/16/11 | J | A | All sold |
| 38. First Trust Tecolunlgy (FXL) | A | Dividend | | | Buy | 1/24/11 | J | | |
| 39. | | | | | Sold | 3/15/11 | J | | All sold at loss |
| 40. First Trust Small ETF Cap Core(FYX) | A | Dividend | | | Buy | 7/12/11 | J | | |
| 41. | | | | | Sold | 12/30/11 | J | | All sold at loss |
| 42. Franklin TN School Dist Bonds | A | Interest | J | T | | | | | |
| 43. Global X FTSE (AND) | A | Dividend | | | Buy | 6/2/11 | J | | |
| 44. | | | | | Sold | 12/30/11 | J | | All sold at loss |
| 45. Guggenheim S&P 500 (RSP) | A | Dividend | J | T | Buy | 8/6/10 | J | | See Part VIII re 2010 |
| 46. Guggenheim S&P Mid Cap 400 (RFG) | A | Dividend | J | T | Buy | 7/12/11 | J | | |
| 47. Guggenheim Small Cap 600 (RZG) | A | Dividend | J | T | Buy | 7/12/11 | J | | |
| 48. Health Stream Stock (HSTM) | | None | J | T | | | | | |
| 49. Intel Stock (INTC) | A | Dividend | K | T | | | | | |
| 50. Ishares FTSE NAREIT index (RTL) | | None | | | Sold | 8/3/2011 | J | A | All sold |
| 51. Ishares S&P Latin America (ILF) | A | Dividend | | | Sold | 1/28/11 | J | A | All sold |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares Silver Trust (SLV) | | None | | | Buy | 3/18/11 | K | | |
| 53. | | | | | Sold | 4/26/11 | K | C | All sold |
| 54. Ishares Silver Trust (SLV) | A | Dividend | | | Buy | 5/5/11 | K | | |
| 55. | | | | | Sold | 12/29/11 | J | | All sold at loss |
| 56. Ishares MSCI Mexico (EWW) | A | Dividend | | | Sold | 5/17/11 | J | A | All sold |
| 57. Ishares MSCI all ETF (AAXJ) | | None | | | Sold | 12/30/11 | J | | All sold loss |
| 58. JP Morgan Chase (JPM) | A | Dividend | | | Sold | 3/15/11 | J | | All sold at loss |
| 59. Kaanapali LLC (KAAN) | | None | J | T | | | | | |
| 60. Kansas City Southern(KSU) | A | Dividend | | | Buy | 1/24/11 | J | | |
| 61. | | | | | Sold | 5/17/11 | J | A | All sold |
| 62. Market Vectors Agribusiness | A | Dividend | | | Buy | 1/12/11 | K | | |
| 63. | | | | | Sold | 12/30/11 | J | | All sold at loss |
| 64. Market Vectors-Coal ETF (KOL) | A | Dividend | | | Buy | 2/3/11 | J | | |
| 65. | | | | | Sold | 4/12/11 | J | A | All sold |
| 66. Market Vectors Rare ETF Earth ((REMX) | A | Dividend | | | Buy | 6/2/11 | J | | |
| 67. | | | | | Sold | 12/29/11 | J | | All sold at loss |
| 68. McDonalds Corp (MCD) | A | Dividend | | | Sold | 1/4/11 | K | D | All sold |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Microsoft Stock (MSFT) | A | Dividend | K | T | | | | | |
| 70. Nike (NKE) | A | Dividend | | | Buy | 1/11/11 | J | | |
| 71. | | | | | Sold | 6/2/11 | J | | All sold at loss |
| 72. Morgan Stanley Mutual Fund (VADBX) (Retirement account) | A | Dividend | J | T | | | | | |
| 73. The Mosaic Company (MOS) | A | Dividend | | | Buy | 3/10/11 | K | | |
| 74. | | | | | Sold | 12/30/11 | K | | All sold at loss |
| 75. New Perspective Mutual Fund (ANWPX) | A | Dividend | J | T | | | | | |
| 76. Nordic American Tanker Shipping (NAT) | B | Dividend | | | Sold | 2/23/11 | J | | All sold at loss |
| 77. Norfork Southern (NSC) | A | Dividend | | | Sold | 1/28/11 | K | B | All sold |
| 78. Nvidia Corp (NVDA) | A | Dividend | | | Sold | 1/21/11 | J | A | All sold |
| 79. OHIO College Advantage 529 plan (ALL GC) | B | Dividend | N | T | Buy (add'l) | 1/19/11 | J | | See Section VIII |
| 80. | | | | | Buy (add'l) | 10/19/11 | J | | See Section VIII |
| 81. Paychex (PAYX) | A | Dividend | J | T | Buy | 7/26/11 | J | | |
| 82. | | | | | Sold (part) | 12/30/11 | J | A | IRA Sold |
| 83. Polo Ralph Lauren (RL) | A | Dividend | | | Sold | 1/7/11 | J | B | All sold |
| 84. Polo Ralph Lauren (RL) | A | Dividend | K | T | Buy | 7/12/11 | J | | |
| 85. Powershares DB ETF Agric (DBA) | A | Dividend | | | Buy | 3/18/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/30/11 | J | | All sold at loss |
| 87. Power Shares High Yield Corp Bond (PHB) | A | Dividend | | | Buy | 5/6/11 | J | | |
| 88. | | | | | Sold | 12/30/11 | J | | All sold at loss |
| 89. Powershares Preferred Portfolia ET (PGX) | A | Dividend | | | Sold | 12/30/11 | J | B | All sold |
| 90. Powershares Fincl Pro Prt ETF (PGF) | A | Dividend | | | Sold | 5/6/11 | J | A | All sold |
| 91. Powershares S&P ETF Small Cap (PSCE) | A | Dividend | J | T | Buy | 4/18/11 | J | | |
| 92. | | | | | Sold (part) | 12/30/11 | J | | IRA sold at loss |
| 93. Powershares Dynamitic Energy (PXI) | A | Dividend | J | T | Buy | 4/18/11 | J | | |
| 94. | | | | | Sold (part) | 12/30/11 | J | | IRA Sold at loss |
| 95. Pre Paid Legal Services Stock (PPD) | | None | | | Sold | 7/1/11 | J | D | All sold |
| 96. Rydex ETF S&P 500 Equal Weight (RSP) | A | Dividend | J | T | Buy | 8/6//10 | K | | See Sec VIII Re 2010 |
| 97. | | | | | Sold (part) | 12/30/11 | J | A | IRA sold. |
| 98. Rydex S&P Pure Gr Mid Cap ETF (RFG) | A | Dividend | J | T | Buy | 7/12/11 | J | | |
| 99. | | | | | Sold (part) | 12/30/11 | J | | IRA sold at loss |
| 100. Rydex S&P Small Cap ETF (RZG) | A | Dividend | J | T | Buy | 7/12/11 | J | | |
| 101. | | | | | Sold (part) | 12/30/11 | J | | IRA Sold at loss |
| 102. SPDR S&P Emerging Europe (GUR) | A | Dividend | | | Buy | 4/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/29/11 | J | | All sold at loss |
| 104. SPDR Indes S&P Russia ETF (RBL) | A | Dividend | | | Buy | 4/18/11 | J | | |
| 105. | | | | | Sold | 12/29/11 | J | | All sold at loss |
| 106. Tenet Health Care Stock (THC) | | None | J | T | Buy (add'l) | 1/11/11 | K | | |
| 107. Tractor Supply (TSCO) | A | Dividend | | | Buy | 1/11/11 | J | | |
| 108. | | | | | Sold | 8/3/11 | J | A | All sold |
| 109. Vanguard MSCI Emerging Markets ETF (VWO) | A | Int./Div. | K | T | Buy | 12/15/10 | K | | See Sec. VIII Re 2010 |
| 110. Wal Mart Stock (WMT) | B | Dividend | L | T | | | | | |
| 111. Wells Fargo Stock (WFC) | A | Dividend | K | T | | | | | |
| 112. Western District Warehouse Stock | A | Dividend | J | W | | | | | No market. Restricted stock |
| 113. 1/2 Interest [____], Taylorsville, KY | A | Rent | N | W | | | | | |
| 114. 1/2 Interest [____], Laporte, IN | F | Rent | O | W | | | | | |
| 115. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | |
| 116. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | |
| 117. Peoples Bank Taylorsville Sav Act (Family Cemetary Trust) | A | Interest | J | T | | | | | |
| 118. REGIONS BANK C S Trust | A | Interest | J | T | | | | | |
| 119. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe B. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  USAA Bank | A | Interest | J | T | | | | | |
| 121.  Wells Fargo CMA, Checking | B | Interest | K | T | | | | | |
| 122.  Wells Fargo Sweep Accounts IRA and 60 and 57 Accounts | B | Interest | L | T | | | | | |
| 123.  Nashville School of Law IRA Invesco S&P 500 (VADAX) | A | Int./Div. | J | T | Buy | 2/18/03 | J | | See Section VIII re adding |
| 124.  Nashville School of Law IRA Van Kamplen EAFE Select 20 | A | Int./Div. | J | T | Buy | 3/9/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Joe B.** | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII
Line 1  Adobe was left off 2010 report.  All sold at loss 2011.
Line 45  Guggenheim (RSP) was left of 2010 report
Line 79 80  This includes all funds _____ as Custodian Part I lines 5-11 in  OHIO 529 College Plan . All shares managed by Blackrock
Line 96  Rydex (RSP) was left of 2010 report
Line 109 Vanguard (VWO) left off 2010 report.
Line 123       Nasshville School of Law IRA left off earlier reports.  Value first exceeded $1000 in 2005,  income reinvested each year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joe B. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544